# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAISHAWN DECOSEY,**

      **Plaintiff,**

v.                                                  Case No: 6:12-cv-1274-Orl-22DAB

**NASA and WORLD ALL SPACE AGENCIES ACCORDINGLY,**

      **Defendants.**

---

## ORDER

This cause is before the Court on the Motion to Appear In Forma Pauperis (Doc. No. 2) filed on August 17, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and the Complaint be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 22, 2012 (Doc. No. 3), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion to Appear In Forma Pauperis is hereby DENIED and the Complaint DISMISSED.

3. The Clerk is directed to CLOSE the file.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on September 6, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:
Daishawn Decosey, pro se